IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES W. DAVIS, III,
    Plaintiff,

vs.                                Case No.:  3:07cv254/LAC/EMT

CHARLIE CRIST, et al.,
      Defendants.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 5, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Plaintiff's motion to dismiss (Doc. 5), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

      **DONE AND ORDERED** this 15th day of August, 2007.

                                         s/*L.A. Collier*
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**